**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-11119 |
| | § | |
| TERRY J BODIN | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/31/2016. The undersigned trustee was appointed on 03/31/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $11,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $121.25 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $10,878.75 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/18/2016 and the deadline for filing government claims was 09/27/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,850.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,850.00, for a total compensation of $1,850.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $22.10, for total expenses of $22.10.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/26/2017                    By:   /s/ David P. Leibowitz
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit A

| Case No.: | 16-11119 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BODIN, TERRY J | | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 6/26/2017 | | §341(a) Meeting Date: | 05/12/2016 |
| | | | Claims Bar Date: | 08/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Ford Escape 4D Limited V6 Year: 2012 Mileage: 44,000 Other Information: repaired front body damage value estimate by nada.com | $14,500.00 | $0.00 | | $0.00 | FA |
| 2 | Jeep Grand Cherokee Year: 2002 Mileage: 148,000 Other Information: 6 Cyl - Laredo 4WD value estimate by nada.com | $2,275.00 | $0.00 | | $0.00 | FA |
| 3 | various household goods and furnishings Location: 10005 Ridgeland Ave., Oak Lawn IL 60453 | $700.00 | $0.00 | | $0.00 | FA |
| 4 | necessary wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 5 | available cash | $20.00 | $0.00 | | $0.00 | FA |
| 6 | Stock in Bodin Nursing Agency, Inc. Illinois Corporation - nursing and therapy services Contains: Corporation titled checking account xxxx 7201 with First American Bank, 6200 W. 95th Street, Oak Lawn, IL 60453 | $13,225.18 | $10,225.18 | | $10,000.00 | FA |
| | Asset Notes: Filing date balance: $13,225.18; Debtor agreed to $11,000 settlement (see docket #23) for the non-exempt portion of business checking account and preferential payments to Debtor's child custody attorney (asset 10 below).  (Of the $11,000, $10,000 is for business account and $1000 for preferential payment.) | | | | | |
| 7 | Rent security deposit with landlord Zbigniew Krzysiak | $3,000.00 | $0.00 | | $0.00 | FA |
| 8 | 2015 income tax refund - expect IRS will claim for priority taxes owed for prior years. Federal | Unknown | $0.00 | | $0.00 | FA |
| 9 | various nursing implements office equipment: desk top and printer purchased in 2012 Location: 10005 Ridgeland Ave., Oak Lawn IL 60453 | $1,500.00 | $0.00 | | $0.00 | FA |
| 10 | Preferential payment to Bowman & Somer (u) | $0.00 | $6,000.00 | | $1,000.00 | FA |
| | Asset Notes: Debtor agreed to settle personally as part of $11,000 global settlement (dkt #23) for the non-exempt portion of business checking account and preferential payments to Debtor's child custody attorney.  (Of the $11,000, $1,000 is for the preferential payment.) | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2        Exhibit A

| Case No.: | 16-11119 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BODIN, TERRY J | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 6/26/2017 | §341(a) Meeting Date: | 05/12/2016 |
| | | Claims Bar Date: | 08/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $35,720.18 | $16,225.18 | | $11,000.00 | $0.00 |

**Major Activities affecting case closing:**

06/19/2017    Final settlement installment was received on May 31, 2017.  Case is ready for TFR.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2017 | **Current Projected Date Of Final Report (TFR):** | /s/ DAVID LEIBOWITZ |
| | | | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-11119 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BODIN, TERRY J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6990 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Bodin, Terry J. |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/20/2016 | | Bodin Nursing Agency, Inc. | Paid on behalf of the Debtor by Debtor's company. Payments pursuant to settlement (docket #23) to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $2,750.00 | | $2,750.00 |
| | {6} | | Payment 1 of 10         $2,482.89 | 1129-000 | | | $2,750.00 |
| | {10} | | Payment 1 of 10         $267.11 | 1241-000 | | | $2,750.00 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.43 | $2,748.57 |
| 07/14/2016 | | TERRY BODIN | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $2,750.00 | | $5,498.57 |
| | {6} | | Payment 2 of 10         $2,482.89 | 1129-000 | | | $5,498.57 |
| | {10} | | Payment 2 of 10         $267.11 | 1241-000 | | | $5,498.57 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.86 | $5,491.71 |
| 08/22/2016 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $1,750.00 | | $7,241.71 |
| | {6} | | Payment 3 of 10         $1,590.91 | 1129-000 | | | $7,241.71 |
| | {10} | | Payment 3 of 10         $159.09 | 1241-000 | | | $7,241.71 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.68 | $7,232.03 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.04 | $7,219.99 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.89 | $7,209.10 |
| 11/16/2016 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $7,709.10 |
| | {6} | | Payment 4 of 10         $474.75 | 1129-000 | | | $7,709.10 |
| | {10} | | Payment 4 of 10         $25.25 | 1241-000 | | | $7,709.10 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $11.62 | $7,697.48 |
| 12/21/2016 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $8,197.48 |
| | {6} | | Payment 5 of 10         $451.45 | 1129-000 | | | $8,197.48 |
| | {10} | | Payment 5 of 10         $48.55 | 1241-000 | | | $8,197.48 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.70 | $8,184.78 |

**SUBTOTALS**  $8,250.00  $65.22

**FORM 2** Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11119 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BODIN, TERRY J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6990 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Bodin, Terry J. |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $8,684.78 |
| | {6} | | Payment 6 of 10  $457.65 | 1129-000 | | | $8,684.78 |
| | {10} | | Payment 6 of 10  $42.35 | 1241-000 | | | $8,684.78 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $13.52 | $8,671.26 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $12.63 | $8,658.63 |
| 03/01/2017 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $9,158.63 |
| | {6} | | Payment 7 of 10  $457.65 | 1129-000 | | | $9,158.63 |
| | {10} | | Payment 7 of 10  $42.35 | 1241-000 | | | $9,158.63 |
| 03/29/2017 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $9,658.63 |
| | {6} | | Payment 8 of 10  $457.65 | 1129-000 | | | $9,658.63 |
| | {10} | | Payment 8 of 10  $42.35 | 1241-000 | | | $9,658.63 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.83 | $9,642.80 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $14.05 | $9,628.75 |
| 05/01/2017 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $10,128.75 |
| | {6} | | Payment 9 of 10  $451.45 | 1129-000 | | | $10,128.75 |
| | {10} | | Payment 9 of 10  $48.55 | 1241-000 | | | $10,128.75 |
| 05/31/2017 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $750.00 | | $10,878.75 |
| | {6} | | Payment 10 of 10  $692.71 | 1129-000 | | | $10,878.75 |
| | {10} | | Payment 10 of 10  $57.29 | 1241-000 | | | $10,878.75 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.31 | $10,862.44 |
| 06/01/2017 | | Green Bank | Reverse bank fee | 2600-000 | | ($16.31) | $10,878.75 |

**SUBTOTALS** $2,750.00 $56.03

Page No: 3     Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-11119 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BODIN, TERRY J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6990 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Bodin, Terry J. |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $11,000.00 | $121.25 | $10,878.75 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $11,000.00 | $121.25 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $11,000.00 | $121.25 | |

| For the period of 3/31/2016 to 6/26/2017 | | For the entire history of the account between 06/20/2016 to 6/26/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,000.00 | Total Compensable Receipts: | $11,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,000.00 | Total Comp/Non Comp Receipts: | $11,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $121.25 | Total Compensable Disbursements: | $121.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $121.25 | Total Comp/Non Comp Disbursements: | $121.25 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4     Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-11119 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BODIN, TERRY J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6990 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Bodin, Terry J. |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $11,000.00 | $121.25 | $10,878.75 |

**For the period of 3/31/2016 to 6/26/2017**

| | |
|---|---|
| Total Compensable Receipts: | $11,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $121.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $121.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/31/2016 to 6/26/2017**

| | |
|---|---|
| Total Compensable Receipts: | $11,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $121.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $121.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIM ANALYSIS REPORT

Page No: 1

Exhibit C

| Case No. | 16-11119 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BODIN, TERRY J | | | | | | | | Date: 6/26/2017 |
| Claims Bar Date: | 08/18/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,850.00 | $0.00 | $0.00 | $0.00 | $1,850.00 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $22.10 | $0.00 | $0.00 | $0.00 | $22.10 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $76.40 | $0.00 | $0.00 | $0.00 | $76.40 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $942.50 | $0.00 | $0.00 | $0.00 | $942.50 |
| 1 | IRS  PO BOX 7346 Philadelphia PA 19101-7346 | Claims of Governmental Units | Allowed | 5800-000 | $5,623.85 | $0.00 | $0.00 | $0.00 | $5,623.85 |
| 1A | IRS  PO BOX 7346 Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,130.96 | $0.00 | $0.00 | $0.00 | $3,130.96 |
| 2 | AMERICAN EDUCATION SERVICES PO Box 8183 Harrisburg PA 17105 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $24,267.53 | $0.00 | $0.00 | $0.00 | $24,267.53 |
| 3 | NAVIENT SOLUTIONS INC.  220 Lasley Ave Wilkes-Barre PA 18706 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $37,080.01 | $0.00 | $0.00 | $0.00 | $37,080.01 |

| Case No. | 16-11119 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BODIN, TERRY J | | | | | | | | Date: 6/26/2017 |
| Claims Bar Date: | 08/18/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ASSOCIATES IN REHABILITATION MEDICINE<br><br>Tri State Adjustments Inc<br>Pob 882<br>Freeport IL 61032 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $302.00 | $0.00 | $0.00 | $0.00 | $302.00 |
| 5 | MONEE DENTAL ASSOC.<br><br>c/o Collection Professionals Inc.<br>723 First St.<br>LaSalle IL 61301 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $713.50 | $0.00 | $0.00 | $0.00 | $713.50 |
| 6 | DR J PEDIATRICS<br><br>c/o Collection Professionals Inc.<br>723 First St.<br>LaSalle IL 61301 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $86.00 | $0.00 | $0.00 | $0.00 | $86.00 |
| 7 | US DEPT OF EDUCATION<br><br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $63,175.88 | $0.00 | $0.00 | $0.00 | $63,175.88 |
| | | | | | $137,270.73 | $0.00 | $0.00 | $0.00 | $137,270.73 |

| **Case No.** | 16-11119 | | | | | **Trustee Name:** David Leibowitz |
|---|---|---|---|---|---|---|
| **Case Name:** | BODIN, TERRY J | | | | | **Date:** 6/26/2017 |
| **Claims Bar Date:** | 08/18/2016 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $76.40 | $76.40 | $0.00 | $0.00 | $0.00 | $76.40 |
| Attorney for Trustee Fees (Trustee Firm) | $942.50 | $942.50 | $0.00 | $0.00 | $0.00 | $942.50 |
| Claims of Governmental Units | $5,623.85 | $5,623.85 | $0.00 | $0.00 | $0.00 | $5,623.85 |
| General Unsecured § 726(a)(2) | $128,755.88 | $128,755.88 | $0.00 | $0.00 | $0.00 | $128,755.88 |
| Trustee Compensation | $1,850.00 | $1,850.00 | $0.00 | $0.00 | $0.00 | $1,850.00 |
| Trustee Expenses | $22.10 | $22.10 | $0.00 | $0.00 | $0.00 | $22.10 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       16-11119
Case Name:      TERRY J BODIN
Trustee Name:   David P. Leibowitz

Balance on hand:   $10,878.75

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $10,878.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| David P. Leibowitz, Trustee Fees | $1,850.00 | $0.00 | $1,850.00 |
| David P. Leibowitz, Trustee Expenses | $22.10 | $0.00 | $22.10 |
| Lakelaw, Attorney for Trustee Fees | $942.50 | $0.00 | $942.50 |
| Lakelaw, Attorney for Trustee Expenses | $76.40 | $0.00 | $76.40 |

Total to be paid for chapter 7 administrative expenses:   $2,891.00
Remaining balance:   $7,987.75

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $7,987.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,623.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 1 | IRS | $5,623.85 | $0.00 | $5,623.85 |

|   |   |
|---|---:|
| Total to be paid to priority claims: | $5,623.85 |
| Remaining balance: | $2,363.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $128,755.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1A | IRS | $3,130.96 | $0.00 | $57.49 |
| 2 | American Education Services | $24,267.53 | $0.00 | $445.54 |
| 3 | Navient Solutions Inc. | $37,080.01 | $0.00 | $680.77 |
| 4 | Associates in Rehabilitation Medicine | $302.00 | $0.00 | $5.54 |
| 5 | Monee Dental Assoc. | $713.50 | $0.00 | $13.10 |
| 6 | Dr J Pediatrics | $86.00 | $0.00 | $1.58 |
| 7 | US DEPT OF EDUCATION | $63,175.88 | $0.00 | $1,159.88 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,363.90 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**