# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-11119 |
| | § | |
| TERRY J BODIN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $14,500.00 | Assets Exempt: | $10,995.00 |
| Total Distributions to Claimants: | $7,987.75 | Claims Discharged Without Payment: | $350,999.70 |
| Total Expenses of Administration: | $3,012.25 | | |

3) Total gross receipts of $11,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $23,196.63 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,012.25 | $3,012.25 | $3,012.25 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $4,916.20 | $5,623.85 | $5,623.85 | $5,623.85 |
| General Unsecured Claims (from **Exhibit 7**) | $348,344.17 | $128,755.88 | $128,755.88 | $2,363.90 |
| **Total Disbursements** | $376,457.00 | $137,391.98 | $137,391.98 | $11,000.00 |

    4). This case was originally filed under chapter 7 on 03/31/2016. The case was pending for 23 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2018            By: /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Stock in Bodin Nursing Agency, Inc. Illinois Corporation - nursing and therapy services Contains: Corporation titled che | 1129-000 | $10,000.00 |
| Preferential payment to Bowman & Somer | 1241-000 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | USA | 4110-000 | $23,196.63 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$23,196.63** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,850.00 | $1,850.00 | $1,850.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $22.10 | $22.10 | $22.10 |
| Green Bank | 2600-000 | NA | $121.25 | $121.25 | $121.25 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $942.50 | $942.50 | $942.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $76.40 | $76.40 | $76.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,012.25** | **$3,012.25** | **$3,012.25** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 5800-000 | $2,458.10 | $5,623.85 | $5,623.85 | $5,623.85 |

|  | IRS | 5800-000 | $2,458.10 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$4,916.20** | **$5,623.85** | **$5,623.85** | **$5,623.85** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | IRS | 7100-000 | $6,567.63 | $3,130.96 | $3,130.96 | $57.49 |
| 2 | American Education Services | 7100-000 | $21,969.00 | $24,267.53 | $24,267.53 | $445.54 |
| 3 | Navient Solutions Inc. | 7100-000 | $35,375.72 | $37,080.01 | $37,080.01 | $680.77 |
| 4 | Associates in Rehabilitation Medicine | 7100-000 | $302.00 | $302.00 | $302.00 | $5.54 |
| 5 | Monee Dental Assoc. | 7100-000 | $749.00 | $713.50 | $713.50 | $13.10 |
| 6 | Dr J Pediatrics | 7100-000 | $86.00 | $86.00 | $86.00 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 6; Dr J Pediatrics) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.58 |
| 7 | US DEPT OF EDUCATION | 7100-000 | $61,145.20 | $63,175.88 | $63,175.88 | $1,159.88 |
|  | Advocate Christ Medical Center | 7100-000 | $136,142.03 | $0.00 | $0.00 | $0.00 |
|  | Advocate Home Health Services | 7100-000 | $4,425.60 | $0.00 | $0.00 | $0.00 |
|  | Advocate Medical Group | 7100-000 | $16,619.85 | $0.00 | $0.00 | $0.00 |
|  | Aegis Sciences Corporation | 7100-000 | $41.47 | $0.00 | $0.00 | $0.00 |
|  | Asset Acceptance LLC | 7100-000 | $1,713.00 | $0.00 | $0.00 | $0.00 |
|  | Cardio Medicine | 7100-000 | $862.60 | $0.00 | $0.00 | $0.00 |
|  | City of Chicago | 7100-000 | $244.00 | $0.00 | $0.00 | $0.00 |
|  | City of Lockport | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | GI Associates | 7100-000 | $229.50 | $0.00 | $0.00 | $0.00 |
|  | Great Lakes Educational Loan Srvs | 7100-000 | $27,759.95 | $0.00 | $0.00 | $0.00 |
|  | Heartland Care Partners IL | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|  | High Tech Medical Park | 7100-000 | $18.41 | $0.00 | $0.00 | $0.00 |
|  | Illinois Department of Revenue | 7100-000 | $788.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| LCMH - Affiliated Services | 7100-000 | $201.50 | $0.00 | $0.00 | $0.00 |
| Little Company of Mary Hospital | 7100-000 | $324.00 | $0.00 | $0.00 | $0.00 |
| Metro Center for Health | 7100-000 | $446.00 | $0.00 | $0.00 | $0.00 |
| Midwest Anesthesiologists | 7100-000 | $7,240.00 | $0.00 | $0.00 | $0.00 |
| Midwest Diagnostic Pathology, SC | 7100-000 | $1,327.00 | $0.00 | $0.00 | $0.00 |
| Municipal Collections of America | 7100-000 | $270.00 | $0.00 | $0.00 | $0.00 |
| O'Brien & Somer | 7100-000 | $5,400.00 | $0.00 | $0.00 | $0.00 |
| Oaklawn Radiology Imaging | 7100-000 | $1,454.00 | $0.00 | $0.00 | $0.00 |
| Oral & Maxillofacial Surgery | 7100-000 | $534.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Associates, LLC | 7100-000 | $511.87 | $0.00 | $0.00 | $0.00 |
| Pulmonary & Critical Care Consult | 7100-000 | $3,716.00 | $0.00 | $0.00 | $0.00 |
| Quest Diagnostics | 7100-000 | $153.61 | $0.00 | $0.00 | $0.00 |
| Riverside Community Credit Union | 7100-000 | $1,465.00 | $0.00 | $0.00 | $0.00 |
| Riverside Health System | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Southwest Nephrology Assicates | 7100-000 | $607.24 | $0.00 | $0.00 | $0.00 |
| Specialty Needs Transportation | 7100-000 | $25.00 | $0.00 | $0.00 | $0.00 |
| SW Infection Desease and IM | 7100-000 | $1,580.90 | $0.00 | $0.00 | $0.00 |
| The Cardiology Group LLC | 7100-000 | $343.00 | $0.00 | $0.00 | $0.00 |
| Tyson Bodin | 7100-000 | $1,827.27 | $0.00 | $0.00 | $0.00 |
| Village of Worth | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Dealer Services | 7100-000 | $5,078.82 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $348,344.17 | $128,755.88 | $128,755.88 | $2,363.90 |

**UST Form 101-7-TDR (10/1/2010)**

**UST Form 101-7-TDR (10/1/2010)**

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 16-11119 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | BODIN, TERRY J | | | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 2/8/2018 | | | §341(a) Meeting Date: | 05/12/2016 |
| | | | | Claims Bar Date: | 08/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Ford Escape 4D Limited V6 Year: 2012 Mileage: 44,000 Other Information: repaired front body damage value estimate by nada.com | $14,500.00 | $0.00 | | $0.00 | FA |
| 2 Jeep Grand Cherokee Year: 2002 Mileage: 148,000 Other Information: 6 Cyl - Laredo 4WD value estimate by nada.com | $2,275.00 | $0.00 | | $0.00 | FA |
| 3 various household goods and furnishings Location: 10005 Ridgeland Ave., Oak Lawn IL 60453 | $700.00 | $0.00 | | $0.00 | FA |
| 4 necessary wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 5 available cash | $20.00 | $0.00 | | $0.00 | FA |
| 6 Stock in Bodin Nursing Agency, Inc. Illinois Corporation - nursing and therapy services Contains: Corporation titled checking account xxxx 7201 with First American Bank, 6200 W. 95th Street, Oak Lawn, IL 60453 | $13,225.18 | $10,225.18 | | $10,000.00 | FA |
| Asset Notes:   Filing date balance: $13,225.18; Debtor agreed to $11,000 settlement (see docket #23) for the non-exempt portion of business checking account and preferential payments to Debtor's child custody attorney (asset 10 below).  (Of the $11,000, $10,000 is for business account and $1000 for preferential payment.) | | | | | |
| 7 Rent security deposit with landlord Zbigniew Krzysiak | $3,000.00 | $0.00 | | $0.00 | FA |
| 8 2015 income tax refund - expect IRS will claim for priority taxes owed for prior years. Federal | Unknown | $0.00 | | $0.00 | FA |
| 9 various nursing implements office equipment: desk top and printer purchased in 2012 Location: 10005 Ridgeland Ave., Oak Lawn IL 60453 | $1,500.00 | $0.00 | | $0.00 | FA |
| 10 Preferential payment to Bowman & Somer (u) | $0.00 | $6,000.00 | | $1,000.00 | FA |
| Asset Notes:   Debtor agreed to settle personally as part of $11,000 global settlement (dkt #23) for the non-exempt portion of business checking account and preferential payments to Debtor's child custody attorney.  (Of the $11,000, $1,000 is for the preferential payment.) | | | | | |

Case 16-11119    Doc 36    Filed 02/23/18    Entered 02/23/18 14:11:02    Desc Main
Document    Page 8 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 16-11119 | | | Trustee Name: | David Leibowitz |
| Case Name: | BODIN, TERRY J | | | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 2/8/2018 | | | §341(a) Meeting Date: | 05/12/2016 |
| | | | | Claims Bar Date: | 08/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**

|  | $35,720.18 | $16,225.18 | | $11,000.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
06/19/2017    Final settlement installment was received on May 31, 2017.  Case is ready for TFR.

**Initial Projected Date Of Final Report (TFR):**    06/30/2017    **Current Projected Date Of Final Report (TFR):**    /s/ DAVID LEIBOWITZ
                                                                                                                        DAVID LEIBOWITZ

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11119 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BODIN, TERRY J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6990 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Bodin, Terry J. |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/20/2016 | | Bodin Nursing Agency, Inc. | Paid on behalf of the Debtor by Debtor's company. Payments pursuant to settlement (docket #23) to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $2,750.00 | | $2,750.00 |
| | {6} | | Payment 1 of 10                $2,482.89 | 1129-000 | | | $2,750.00 |
| | {10} | | Payment 1 of 10                  $267.11 | 1241-000 | | | $2,750.00 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.43 | $2,748.57 |
| 07/14/2016 | | TERRY BODIN | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $2,750.00 | | $5,498.57 |
| | {6} | | Payment 2 of 10                $2,482.89 | 1129-000 | | | $5,498.57 |
| | {10} | | Payment 2 of 10                  $267.11 | 1241-000 | | | $5,498.57 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.86 | $5,491.71 |
| 08/22/2016 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $1,750.00 | | $7,241.71 |
| | {6} | | Payment 3 of 10                $1,590.91 | 1129-000 | | | $7,241.71 |
| | {10} | | Payment 3 of 10                  $159.09 | 1241-000 | | | $7,241.71 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.68 | $7,232.03 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.04 | $7,219.99 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.89 | $7,209.10 |
| 11/16/2016 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $7,709.10 |
| | {6} | | Payment 4 of 10                  $474.75 | 1129-000 | | | $7,709.10 |
| | {10} | | Payment 4 of 10                   $25.25 | 1241-000 | | | $7,709.10 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $11.62 | $7,697.48 |
| 12/21/2016 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $8,197.48 |
| | {6} | | Payment 5 of 10                  $451.45 | 1129-000 | | | $8,197.48 |
| | {10} | | Payment 5 of 10                   $48.55 | 1241-000 | | | $8,197.48 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.70 | $8,184.78 |

**SUBTOTALS**    $8,250.00    $65.22

**FORM 2**

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 16-11119 | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | BODIN, TERRY J | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6990 | | | **Checking Acct #:** | ******1901 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Bodin, Terry J. |
| **For Period Beginning:** | 3/31/2016 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/8/2018 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $8,684.78 |
| | {6} | | Payment 6 of 10                $457.65 | 1129-000 | | | $8,684.78 |
| | {10} | | Payment 6 of 10                  $42.35 | 1241-000 | | | $8,684.78 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $13.52 | $8,671.26 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $12.63 | $8,658.63 |
| 03/01/2017 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $9,158.63 |
| | {6} | | Payment 7 of 10                $457.65 | 1129-000 | | | $9,158.63 |
| | {10} | | Payment 7 of 10                  $42.35 | 1241-000 | | | $9,158.63 |
| 03/29/2017 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $9,658.63 |
| | {6} | | Payment 8 of 10                $457.65 | 1129-000 | | | $9,658.63 |
| | {10} | | Payment 8 of 10                  $42.35 | 1241-000 | | | $9,658.63 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.83 | $9,642.80 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $14.05 | $9,628.75 |
| 05/01/2017 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $500.00 | | $10,128.75 |
| | {6} | | Payment 9 of 10                $451.45 | 1129-000 | | | $10,128.75 |
| | {10} | | Payment 9 of 10                  $48.55 | 1241-000 | | | $10,128.75 |
| 05/31/2017 | | BODIN, TERRY J | Payments pursuant to settlement to cover stock in Bodin Nursing and preferential payment to custody attorney | * | $750.00 | | $10,878.75 |
| | {6} | | Payment 10 of 10              $692.71 | 1129-000 | | | $10,878.75 |
| | {10} | | Payment 10 of 10                $57.29 | 1241-000 | | | $10,878.75 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.31 | $10,862.44 |
| 06/01/2017 | | Green Bank | Reverse bank fee | 2600-000 | | ($16.31) | $10,878.75 |
| 08/23/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $76.40; Distribution Dividend: 100.00%; | 3120-000 | | $76.40 | $10,802.35 |
| 08/23/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $942.50; Distribution Dividend: 100.00%; | 3110-000 | | $942.50 | $9,859.85 |
| | | | **SUBTOTALS** | | **$2,750.00** | **$1,074.93** | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-11119 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BODIN, TERRY J | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6990 | | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Bodin, Terry J. |
| For Period Beginning: | 3/31/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/23/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,850.00 | $8,009.85 |
| 08/23/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $22.10 | $7,987.75 |
| 08/23/2017 | 3005 | IRS | Claim #: 1; Amount Claimed: $5,623.85; Distribution Dividend: 100.00%; | 5800-000 | | $5,623.85 | $2,363.90 |
| 08/23/2017 | 3006 | IRS | Claim #: 1; Amount Claimed: $3,130.96; Distribution Dividend: 1.84%; | 7100-000 | | $57.49 | $2,306.41 |
| 08/23/2017 | 3007 | American Education Services | Claim #: 2; Amount Claimed: $24,267.53; Distribution Dividend: 1.84%; | 7100-000 | | $445.54 | $1,860.87 |
| 08/23/2017 | 3008 | Navient Solutions, Inc. | Claim #: 3; Amount Claimed: $37,080.01; Distribution Dividend: 1.84%; | 7100-000 | | $680.77 | $1,180.10 |
| 08/23/2017 | 3009 | Associates in Rehabilitation Medicine | Claim #: 4; Amount Claimed: $302.00; Distribution Dividend: 1.84%; | 7100-000 | | $5.54 | $1,174.56 |
| 08/23/2017 | 3010 | Monee Dental Assoc. | Claim #: 5; Amount Claimed: $713.50; Distribution Dividend: 1.84%; | 7100-000 | | $13.10 | $1,161.46 |
| 08/23/2017 | 3011 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.58 | $1,159.88 |
| | | | Claim Amount        $(1.58) | 7100-001 | | | $1,159.88 |
| 08/23/2017 | 3012 | U.S. Department of Education | Claim #: 7; Amount Claimed: $63,175.88; Distribution Dividend: 1.84%; | 7100-000 | | $1,159.88 | $0.00 |
| 12/22/2017 | 3010 | STOP PAYMENT: Monee Dental Assoc. | Claim #: 5; Amount Claimed: $713.50; Distribution Dividend: 1.84%;  Collection Agency no longer collecting | 7100-004 | | ($13.10) | $13.10 |
| 12/22/2017 | 3013 | Monee Dental Assoc. | Claim #: 5; Amount Claimed: $713.50; Distribution Dividend: 1.84%;  Collection Agency no longer collecting | 7100-000 | | $13.10 | $0.00 |

|  |  |  | SUBTOTALS | | $0.00 | $9,859.85 |
|---|---|---|---|---|---|---|

**FORM 2** Page No: 4 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11119 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BODIN, TERRY J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6990 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Bodin, Terry J. |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $11,000.00 | $11,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $11,000.00 | $11,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $11,000.00 | $11,000.00 | |

| For the period of 3/31/2016 to 2/8/2018 | | For the entire history of the account between 06/20/2016 to 2/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,000.00 | Total Compensable Receipts: | $11,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,000.00 | Total Comp/Non Comp Receipts: | $11,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $11,000.00 | Total Compensable Disbursements: | $11,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,000.00 | Total Comp/Non Comp Disbursements: | $11,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5     Exhibit 9

| Case No. | 16-11119 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BODIN, TERRY J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6990 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Bodin, Terry J. |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $11,000.00 | $11,000.00 | $0.00 |

**For the period of 3/31/2016 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $11,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/31/2016 to 2/8/2018**

| | |
|---|---|
| Total Compensable Receipts: | $11,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ